# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2243(b) - Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) - Abusive Sexual Contact
18 U.S.C. § 1001(a)(2) - False Statements to a Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ Nakie Nunley

DISTRICT COURT NUMBER
4:23-cr-00213-HSG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Molly K. Priedeman

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release f____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

FILED
Jul 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

**Maximum Penalties**

**18 U.S.C. § 2243(b) – Sexual Abuse of a Ward (Counts One, Two, Three, Four)**

15 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $100 per felony count plus $5,000 pursuant to 18 U.S.C. § 3014

**18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Counts Five, Six, Seven, Eight, Nine)**

2 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term: 5 years
Mandatory Special Assessment: $100 per felony count plus $5,000 pursuant to 18 U.S.C. § 3014

**18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency (Count Ten)**

8 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: 3 years
Mandatory Special Assessment: $100 per felony count

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Jul 13 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NAKIE NUNLEY, <br><br> Defendant. | CASE NO. 4:23-cr-00213-HSG <br><br> VIOLATIONS: <br> 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward; <br> 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact; <br> 18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency <br><br> OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant NAKIE NUNLEY was employed at FCI Dublin as a correctional officer.

3. Y.Y. was a female inmate at FCI Dublin, who was serving a prison sentence.

4. C.W. was a female inmate at FCI Dublin, who was serving a prison sentence.

5. J.M. was a female inmate at FCI Dublin, who was serving a prison sentence.

6. T.H. was a female inmate at FCI Dublin, who was serving a prison sentence.

7. A.A. was a female inmate at FCI Dublin, who was serving a prison sentence.

COUNT ONE:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

8.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

9.	On or about April 20, 2021, in the Northern District of California, the defendant,

NAKIE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with Y.Y., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he penetrated Y.Y.'s vulva with his penis and caused contact between her mouth and his penis, in violation of 18 U.S.C. § 2243(b).

COUNT TWO:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

10.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

11.	On a date between in or about May 2021 and in or about June 2021 in the Northern District of California, the defendant,

NAKE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.W., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated C.W.'s genital opening in an office at UNICOR, in violation of 18 U.S.C. § 2243(b).

COUNT THREE:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

12.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

13.	On a date between in or about June 2021 and in or about July 2021 in the Northern District of California, the defendant,

NAKIE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.W., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated C.W.'s genital opening in an office at UNICOR, in violation of 18 U.S.C.

§ 2243(b).

COUNT FOUR:	(18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

14.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

15.	On a date in or about July 2021 in the Northern District of California, the defendant,

NAKIE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with C.W., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he digitally penetrated C.W.'s genital opening in an office at UNICOR, in violation of 18 U.S.C. § 2243(b).

COUNT FIVE:	(18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

16.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

17.	On a date between in or about May 2020 and in or about September 2020 in the Northern District of California, the defendant,

NAKIE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with J.M., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched J.M.'s breast in violation of 18 U.S.C. § 2244(a)(4).

COUNT SIX:	(18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

18.	Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

19.	On a date between in or about May 2020 and in or about September 2020 in the Northern District of California, the defendant,

NAKIE NUNLEY,

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with J.M., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he touched J.M.'s buttocks, in violation of 18 U.S.C. § 2244(a)(4).

1  COUNT SEVEN:      (18 U.S.C. § 2224(a)(4) – Abusive Sexual Contact)

2       20.     Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set
3  forth here.
4       21.     On a date between in or about March 2020 and in or about November 2021 in the
5  Northern District of California, the defendant,

NAKIE NUNLEY,

7  while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with T.H., a person who
8  was in official detention and under the custodial, supervisory, and disciplinary authority of the
9  defendant, when he touched T.H.'s buttocks, in violation of 18 U.S.C. § 2244(a)(4).

10  COUNT EIGHT:     (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

11      22.     Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set
12  forth here.
13      23.     On a date in or about August 2021 in the Northern District of California, the defendant,

NAKIE NUNLEY,

15  while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with A.A. a person who was
16  in official detention and under the custodial, supervisory, and disciplinary authority of the defendant,
17  when he touched A.A.'s buttocks at UNICOR, in violation of 18 U.S.C. § 2244(a)(4).

18  COUNT NINE:      (18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact)

19      24.     Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set
20  forth here.
21      25.     On a date between in or about August 2021 and in or about November 2021, in the
22  Northern District of California, the defendant,

NAKIE NUNLEY,

24  while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with A.A., a person who
25  was in official detention and under the custodial, supervisory, and disciplinary authority of the
26  defendant, when he touched A.A.'s buttocks in an office at UNICOR, in violation of 18 U.S.C.
27  § 2244(a)(4).
28  //

COUNT TEN:    (18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency)

26. Paragraphs 1 through 7 of this Information are re-alleged and incorporated as if fully set forth here.

27. On or about March 22, 2022, in the Northern District of California, the defendant,

NAKIE NUNLEY,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that he had never had sexual contact with Y.Y. or any other inmate, and that he had never exchanged sexually explicit notes with Y.Y.  These statements and representations were false because, as NUNLEY then and there knew, he had engaged in sexual contact with Y.Y. and multiple other inmates and he had written multiple sexually explicit notes to Y.Y.

It is further alleged that this offense involved offenses under Chapter 109A.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: July 13, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
ANDREW PAULSON
Assistant United States Attorneys

INFORMATION                       5