UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 27, 2024        **Time:** 10:33 a.m. to 1:40 p.m.    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 23-cr-00213-YGR        **Case Name:** UNITED STATES v. Nakie Nunley

**Attorney for Plaintiff:** Andrew Paulson and Molly Priedeman
**Attorney for Defendant:** Tim Pori
**Defendant:** Nakie Nunley  [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Raynee Mercado
                                                **Probation:** Monica Romero

### PROCEEDINGS

Sentencing – Held.

The defendant addressed the Court.

The Court heard victim impact statements from victims Yolanda, Chantel, Katherine, Judi, Kristina, Alexis, Grizelda, Arianna, and Alejandra. The defendant's family members Samantha Nunley, Nicole Nunley, Aurora Lewis, Veronica Nunley, Kai Nunley, Khalil Nunley, Arthur Joyner, and Dr. Shea Conway who conducted his assessment.

The defendant is committed to the custody of the Bureau of Prisons for a term of 72 months as to Counts One through Four of the Information, and 24 months on each of Counts Five through Ten of the Information, all counts to be served concurrently. Ten years supervised release on each of Counts One through Nine, and three years on Count Ten, all such terms to run concurrently with standard and special conditions as stated on the record. The defendant shall pay a special assessment in the amount of $1,000.00 and JVTA assessment of $45,000.00. The Court orders the fine waived.

The Court recommends to the Bureau of Prisons that defendant be enrolled in sex offender specific treatment program and that defendant be designated to FCI Terminal Island.  The defendant is ordered to surrender to the US Marshals by May 24, 2024.

**CASE CONTINUED TO: May 30, 2024, at 9:00 a.m. for Restitution Hearing; the defendant's appearance is waived.**