**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**NAKIE NUNLEY,**<br><br>    Defendant. | Case No.: 4:23-CR-00213-YGR<br><br>**ORDER REDACTING TRANSCRIPT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court presided over the sentencing of defendant Nunley on March 27, 2024. During the course of those proceedings, nine victims provided impact statements. (*See* Dkt. No. 24, Minute Entry.) The Court granted, on the record, motions to strike the last names of those victims. However, the granting of a motion to strike does not omit such information from the transcript. Instead, it simply indicates what information should not be considered for any purpose.

Given the sensitivity of the matters discussed and to ensure the last names of the victims who spoke at the hearing remain confidential, the Court **ORDERS** the transcript of Nunley's sentencing redacted insofar as the last names of the above-referenced victims are used therein.

**IT IS SO ORDERED**.

Date: April 2, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**