```
TIM A. PORI (SBN 189270)
ATTORNEY AT LAW
724 Texas Street
Fairfield, CA  94533
Telephone: (707) 427-2800


Attorney for Defendant
NAKIE NUNLEY
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NAKIE NUNLEY.<br><br>　　　　　　　　　　Defendants. | CASE NO. 4:23-cr-00213-YGR<br>**STIPULATION TO PERMIT MR NUNLEY TO TRAVEL;**<br>**[PROPOSED] ORDER** |
|---|---|

　　　The defendant, NAKIE NUNLEY, by and through his counsel, Tim A. Pori, and the Government, by and through its counsel, and Assist United States Attorney, Molly K. Priedeman, hereby stipulate as follows:

　　　That Mr. Nunley be permitted to travel by Air from Sacramento to Dallas Texas, from April 19, 2024 to April 22, 2024, to visit his mother Peggie Nunley at 9415 Burton Road Apt 3206, Dallas Texas.

　　　The parties further stipulate that the defendant be permitted to travel on by Air May 3, 2024 to May 6, 2024 to visit the home of his son Khalil Nunley to attend grandson's birthday at 2813 Rainy Meadows Ave., Las Vegas Nevada.

　　　The parties stipulate that Pretrial services and the government have no objection to a

proposed order permitting Mr. Nunley to travel to both destinations on April 19, 2024 and May 3, 2024.

The undersigned Counsel for Mr. Nunley certifies that he has obtained approval from counsel for the United States to file this joint stipulation and proposed order.

IT IS SO STIPULATED,

Dated:  April 11, 2024  ISMAIL J. RAMSEY
United States Attorney

By:/s/ Molly K. Priedeman
MOLLY K. PRIEDEMAN
Assistant U.S. Attorney
For the United States

Dated:  April 11, 2024  By:/s/ Tim A. Pori
TIM PORI
For Defendant Nakie Nunley

[Proposed] O R D E R

Pursuant to the stipulation of the parties and for good cause, the Court HEREBY ORDERS THAT THE DEFENDANT Nakie Nunley be permitted to travel by air from Sacramento to Dallas Texas from, April 19, 2024 to April 22, 2024, to visit his mother Peggie Nunley at 9415 Burton Road Apt 3206, Dallas Texas, and to travel by air on May 3, 2024 to May 6, 2024, to visit the home of his son Khalil Nunley to attend grandson's birthday at 2813Rainy Meadows Ave., Las Vegas Nevada.

IT IS SO FOUND AND ORDERED.

Dated:  April 11, 2024

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2

Stipulation and [Proposed] Order to Permit Mr. Nunley to Travel